# Court of Appeals
# of the State of Georgia

ATLANTA,‏ August 04, 2026

*The Court of Appeals hereby passes the following order:*

## A27A0007. STEPHEN H. FOSTER v. VICTOR WARREN PROPERTIES, INC.

Plaintiff Victor Warren Properties, Inc. filed a complaint in superior court for a post-foreclosure writ of possession against Stephen H. Foster and all other occupants of the subject property. The plaintiff and Foster filed cross-motions for summary judgment, and on May 28, 2026, the superior court entered a final order granting the plaintiff's motion, denying Foster's motion, and granting possession of the property to the plaintiff. On June 29, 2026, Foster filed this appeal. We, however, lack jurisdiction.

Under OCGA § 44-7-56(b)(1), a notice of appeal in a dispossessory action "shall be filed within seven days of the date such judgment was entered." Here, however, Foster filed his notice of appeal 32 days after entry of the superior court's order. Accordingly, we lack jurisdiction over this untimely appeal, which is hereby DISMISSED. See *Stubbs v. Local Homes, LLC*, 375 Ga. App. 513, 516 (915 SE2d 91) (2025).

*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,* 08/04/2026

 I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

 Witness my signature and the seal of said court hereto affixed the day and year last above written.



_____, *Clerk.*